TRINA A. HIGGINS, United States Attorney (#7349)
MARK E. WOOLF, Assistant United States Attorney (WA #39399)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
APR 12 '23 PM04:33

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. LAWRENCE CHRISTOPHER JONES, Defendant. Case: 2:23-cr-00140 Assigned To : Campbell, Tena Assign. Date : 4/11/2023 | INDICTMENT Count I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute Count II: 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Crime Count III: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
|---|---|

The Grand Jury charges:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about March 9, 2023, in the District of Utah,

LAWRENCE CHRISTOPHER JONES,

defendant herein, did knowingly and intentionally possess with intent to distribute

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT II
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crim)

On or about March 9, 2023, in the District of Utah,

LAWRENCE CHRISTOPHER JONES,

defendant herein, did knowingly possess a firearm, a Ruger .380 caliber pistol, in furtherance of the drug trafficking crime alleged in in Count I of this Indictment, which is fully incorporated herein, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT III
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about March 9, 2023, in the District of Utah,

LAWRENCE CHRISTOPHER JONES,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Ruger .380 caliber pistol and ammunition, and the firearm and ammunition were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924, the defendant shall forfeit to the United

States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Ruger .380 caliber pistol and associated ammunition.

Pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

- a Ruger .380 caliber pistol and associated ammunition.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
MARK E. WOOLF
Assistant United States Attorney