AO 442

# United States District Court
for the
District of Utah

FILED
2023 APR 26 PM 2:59
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Lawrence Christopher Jones**

UN-SEALED Case No: 2:23-CR-00140 TC

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **LAWRENCE CHRISTOPHER JONES**,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

Possession of Methamphetamine with Intent to Distribute; Possession of Firearm in Furtherance of a Drug Trafficking Crime; Possession of Firearm and Ammunition

in violation of  21:841(a))(1); 18:924(c)(1)(A); 18:922(g)(1)                United States Code.

Gary P. Serdar
Name of Issuing Officer

*(Signature of Issuing Officer)*

By: Aimee Trujillo
Deputy Clerk

Clerk of Court
Title of Issuing Officer

April 12, 2023 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 4/12/23 | NAME AND TITLE OF ARRESTING OFFICER  TFO Carson Clemmens | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/18/23 | | |